# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SMARTPHONE TECHNOLOGIES LLC, § § Plaintiff, § § v. § § § AMAZON.COM, INC. and AMAZON § DIGITAL SERVICES, INC., § § Defendants. § | CIVIL ACTION NO. 6:11-cv-530 **JURY TRIAL DEMANDED** |

## AGREED MOTION TO DISMISS DEFENDANTS AMAZON.COM, INC. AND AMAZON DIGITAL SERVICES, INC.WITH PREJUDICE

Plaintiff Smartphone Technologies LLC ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon Digital Services, Inc. (collectively "Amazon") have resolved any and all disputes between them related to the above-entitled and numbered case and have agreed to dismiss with prejudice the claims, causes of action, counterclaims, and defenses between them.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c), Plaintiff and Amazon mutually stipulate to the dismissal with prejudice of all claims and causes of action asserted by and between them. The parties shall bear their own costs, expenses, and attorney's fees. A proposed order is attached.

**Dated: January 3, 2012.**

/s/ Edward R. Nelson, III
Edward R. Nelson, III
enelson@nbclaw.net
Texas State Bar No. 00797142
Christie B. Lindsey
clindsey@nbclaw.net
Texas State Bar No. 24041918

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky
Michael F. Martin
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, California 94025-4004
(650) 815-7400

S. Brannon Latimer
blatimer@nbclaw.net
Texas State Bar No. 24060137
NELSON BUMGARDNER CASTO, P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Phone: (817) 377-9111
Fax: (817) 377-3485

Anthony G. Simon
Timothy E. Grochocinski
THE SIMON LAW FIRM, P.C.
800 Market Ste 1700
St. Louis MO 63101
Phone: (314) 241-2929
Fax:     (314) 241-2029

T. John Ward, Jr.
Texas State Bar No. 00794818
WARD & SMITH LAW FIRM
111 W. Tyler Street
Longview, Texas 75601
(903) 757-6400
(903) 757-2323 (fax)
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
SMARTPHONE TECHNOLOGIES LLC**

(650) 815-7401 – fax
ychaikovsky@mwe.com
mfmartin@mwe.com

David M. Beckwith
McDermott Will & Emery LLP
18191 Von Karman Ave.
Suite 500
Irvine, CA 92612-7108
(949) 757-7134
(949) 851-9348 - fax
dbeckwith@mwe.com

Jennifer H. Doan
Haltom & Doan
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
(903) 255-1000
(903) 255-0800 (fax)
jdoan@haltomdoan.com

**ATTORNEYS FOR DEFENDANTS
AMAZON.COM, INC. AND AMAZON
DIGITAL SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III

2